# Exhibit A

# United States of America
## United States Patent and Trademark Office

## ALPHASIGHTS

**Reg. No. 3,991,714**
**Registered July 12, 2011**
**Int. Cls.: 35, 36 and 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ALPHASIGHTS LTD. (UNITED KINGDOM LIMITED LIABILITY COMPANY)
RUSSEL CHAMBERS
THE PIAZZA,COVENT GARDEN, LONDON WC2E 8AA
UNITED KINGDOM

FOR: COMPUTERIZED FILE MANAGEMENT FOR THE PURPOSE OF CAPTURING, PROFILING AND EXTRACTING DETAILS OF PROFESSIONALS AND THEIR SPECIALIST BUSINESS AND INDUSTRIAL EXPERTISE AND TALENT; BUSINESS INFORMATION SERVICES RELATING TO SPECIALIST INDUSTRIAL AND SUBJECT MATTER EXPERTISE AND PROFESSIONAL TALENT FOR TELEPHONE AND IN-PERSON CONSULTATIONS, POLLS, SURVEYS, VALUATIONS, ASSESSMENTS, CONSULTING PROJECTS, RECRUITMENT, SEARCH, INTERIM MANAGEMENT AND PLACEMENT ASSIGNMENTS, THE AFOREMENTIONED SERVICES ALSO INCLUDING PROCUREMENT SERVICES ON BEHALF OF THIRD PARTIES, NAMELY, PROCURING OF CONTRACTS FOR OTHERS FOR THE PURCHASE OF LABOR CONTRACTING SERVICES; BUSINESS INFORMATION SERVICES RELATING TO LEARNING AND NETWORKING OPPORTUNITIES, LEAD GENERATION AND SALE FACILITATION FOR OWNERS OF SPECIALIST INDUSTRIAL AND SUBJECT MATTER EXPERTISE IN THE FORM OF TELEPHONE AND IN-PERSON CONSULTATIONS, POLLS, SURVEYS, VALUATIONS, ASSESSMENTS, CONSULTING PROJECTS, RECRUITMENT, SEARCH, INTERIM MANAGEMENT AND PLACEMENT ASSIGNMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: FINANCIAL INFORMATION SERVICES, NAMELY, DELIVERY OF FINANCIAL INFORMATION TO INSTITUTIONAL INVESTORS BY FACILITATION AND BROKERING OF ACCESS TO SPECIALIST INDUSTRIAL AND SUBJECT MATTER EXPERTISE AND PROFESSIONAL TALENT FOR TELEPHONE AND IN-PERSON CONSULTATIONS, POLLS, SURVEYS, VALUATIONS, ASSESSMENTS, CONSULTING PROJECTS, RECRUITMENT, SEARCH, INTERIM MANAGEMENT AND PLACEMENT ASSIGNMENTS; FINANCIAL INFORMATION SERVICES BY FACILITATION OF CONTACT TO INSTITUTIONAL INVESTORS ENABLING NETWORKING, INCOME GENERATION, CONSULTING AND EMPLOYMENT CONCERNING INTERIM, SHORT AND LONG TERM OPPORTUNITIES FOR OWNERS OF SPECIALIST INDUSTRIAL AND SUBJECT MATTER EXPERTISE IN THE FORM OF TELEPHONE AND IN-PERSON CONSULTATIONS, POLLS, SURVEYS, VALUATIONS, ASSESSMENTS, CONSULTING PROJECTS, RECRUITMENT, SEARCH, INTERIM MANAGEMENT AND PLACEMENT ASSIGNMENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).



FOR: EDUCATION SERVICES IN THE FORM OF CONSULTATIONS, CONFERENCES, CONGRESSES, SEMINARS, LECTURES AND CLASSES AS OF INTEREST TO BUSINESS AND INVESTMENT DECISION MAKERS FEATURING SPECIALIST INDUSTRIAL AND SUBJECT MATTER EXPERTISE AND PROFESSIONAL TALENT IN THE FIELD OF BUSINESS AND INVESTING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 8-8-2008 IS CLAIMED.

Director of the United States Patent and Trademark Office

**Reg. No. 3,991,714** OWNER OF INTERNATIONAL REGISTRATION 1008551 DATED 11-12-2008, EXPIRES 11-12-2018.

SER. NO. 79-071,224, FILED 11-12-2008.

DOMINIC FATHY, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 3 / RN # 3,991,714

# United States of America
### United States Patent and Trademark Office

# ALPHASIGHTS

**Reg. No. 7,244,871**
**Registered Dec. 19, 2023**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Alphasights Ltd (UNITED KINGDOM Limited Company)
Thames Court, 3rd Floor,
1 Queenhithe LONDON EC4V 3DX
UNITED KINGDOM

CLASS 9: Downloadable and recorded computer and mobile application software for use in providing expert network services, namely, for arranging and scheduling interactions between participants, live and recorded video and audio conferencing, teleconferencing, network conferencing, web conferencing, text messaging, instant messaging, sharing, viewing, and processing data and audio, visual, and multimedia content, facilitating and conducting professional and business compliance checks and related diligence, and capturing, profiling and extracting details of professionals and their career profiles, specialist business and industrial expertise and talent; downloadable and recorded web application software for mobile phones, portable media players, and handheld computers, namely, software for web hosting in the field of the expert network industry; downloadable electronic publications in the nature of books, pamphlets, brochures, journals, blog entries, transcripts, transcripts of interviews with experts, transcripts of interviews and summaries thereof conducted for market research, summaries in the form of pamphlets and report abstracts, summaries of notes and of transcripts from meetings with experts and interviews with experts, including all of the aforesaid generated by artificial intelligence (AI) software, business prospectuses, pamphlets and quarterly reports, company primers meaning snapshot summaries of business, company financial reports, records of interactions with third party experts, insight and opinion articles dervied from interactions with industry experts, business literature generated by artificial intelligence (AI) software, sales catalogs and pamphlets and newsletters in the field of the expert network industry; downloadable and recorded interactive and electronic databases in the field of the expert network industry; downloadable and recorded interactive and electronic databases featuring expert network industry data for gaining business insights and insights related to the field of business and industrial performance statistics; downloadable and recorded interactive and electronic databases in the field of the expert network industry for capturing, profiling and extracting details of professionals and their specialist business and industrial expertise and talent; downloadable and recorded computer programs and software for accessing, browsing and searching online databases in the field of the expert network industry; downloadable and recorded computer software for creating searchable databases of information and data in the field of the expert network industry

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-06-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1635002 DATED 10-06-2021, EXPIRES 10-06-2031

SER. NO. 79-329,329, FILED 10-06-2021

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ALPHASIGHTS

**Reg. No. 7,490,472**

**Registered Sep. 03, 2024**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

AlphaSights Ltd.  (UNITED KINGDOM limited company (ltd.))
1 Queenhithe
London EC4V 3DX, UNITED KINGDOM

CLASS 42: Development, design, installation and maintenance of software for the purpose of capturing, profiling and extracting details of professionals and their specialist business and industrial expertise and talent; software engineering services for the purpose of creating learning and networking opportunities, lead generation and sale facilitation for technical, engineering and industrial subject-matter experts in the form of telephone and in-person consultations, polls, surveys, valuations, assessments, consulting projects, recruitment, interim management and placement assignment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4962059

OWNER OF INTERNATIONAL REGISTRATION 1008551 DATED 11-12-2008, EXPIRES 11-12-2028

SER. NO. 79-326,264, FILED 10-08-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms **available at** http://www.uspto.gov.