James D. Weinberger (*jweinberger@fzlz.com*)
Laura Popp-Rosenberg (*lpopp-rosenberg@fzlz.com*)
Courtney B. Shier (*cshier@fzlz.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Phone: (212) 813-5900

*Attorneys for Plaintiff AlphaSights Ltd*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALPHASIGHTS LTD, <br><br>            Plaintiff, <br><br>   v. <br><br> ALPHASENSE INC., <br><br>            Defendant. | Civil Action No. _____ <br><br><br> **DISCLOSURE STATEMENT** <br> **PURSUANT TO FED. R. CIV. P. 7.1** |

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff AlphaSights Ltd ("AlphaSights") certifies that AlphaSights is a private company organized under the laws of the England and Wales and that no publicly held corporation owns 10% or more of its stock. AlphaSights' parent company is AlphaSights Holdings Ltd.

Dated: New York, New York
      January 16, 2025

Respectfully submitted,

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    James D. Weinberger (*jweinberger@fzlz.com*)
    Laura Popp-Rosenberg (*lpopp-rosenberg@fzlz.com*)
    Courtney B. Shier (*cshier@fzlz.com*)
151 West 42nd, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900

*Attorneys for Plaintiff AlphaSights Ltd*