**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALPHASIGHTS LTD,

                            Plaintiff,

      v.

ALPHASENSE, INC.,

                         Defendant.

Civil Action No. 1:25-cv-00479

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to Plaintiff AlphaSights Ltd and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

DATED:  New York, New York
             January 16, 2025

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

  /s/ Laura Popp-Rosenberg
    Laura Popp-Rosenberg
    151 West 42nd Street, 17th Floor
    New York, New York 10036
    Telephone: (212) 813-5900
    Fax: (212) 813-5901
    Email:  lpopp-rosenberg@fzlz.com

    *Attorney for Plaintiff*