# FROSS ZELNICK

151 West 42nd Street, 17th Floor
New York, NY 10036

**James D. Weinberger**
Partner

T 212.813.5952
jweinberger@fzlz.com

# MEMO ENDORSED

April 9, 2025

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Re: *AlphaSights Ltd. v. AlphaSense, Inc.*, No. 1:25-cv-479-LLS

Dear Judge Stanton:

We represent Plaintiff AlphaSights Ltd. ("Plaintiff") in the above-referenced action. Pursuant to Paragraph 1.E of Your Honor's Individual Practices, we write to request a one-week extension of time for the parties to work in good faith to submit a proposed protective order to the Court for approval, up to and including April 17, 2026. The extension is needed to permit the undersigned to confer with Plaintiff regarding the draft protective order provided by Defendant AlphaSense, Inc. ("Defendant") and to attempt to resolve any open issues regarding same with Defendant's counsel. This is the first request for an extension of time, no other deadlines are affected, and Defendant's counsel Michael Kientzle has provided his consent.

Granted
Louis L.
Stanton
4/9/26

We appreciate the Court's attention to this matter.

Respectfully submitted,

James D. Weinberger

cc:    Counsel of Record (by ECF)

T 212.813.5900  F 212.813.5901

**frosszelnick.com** / Fross Zelnick Lehrman & Zissu, P.C.

U.S. DISTRICT COURT
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/26